# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **FRANKIE GONZALEZ** | **CIVIL DOCKET NO. 1:22-CV-00658** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **CHRIS MCCONNELL, ET AL** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 6], and after a de novo review of the record including the OBJECTION TO REPORT AND RECOMMENDATION filed by Petitioner [Doc. 8], and having determined that the findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. 1] is DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue and WITHOUT PREJUDICE as to the merits of Petitioner's claims.

THUS, DONE AND SIGNED in Chambers, this 6th day of June 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE